IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUFG UNION BANK, N.A., a national association,<br><br>               Plaintiff,<br><br>v.<br><br>AARON TYLER, an individual; JOHN FOGLIANI, an individual; JESSICA ALLIS, an individual; HEIDI BRINDLE, an individual; BIANCA MACK, an individual; WENDY MCKENZIE, an individual; MICAELA MEZA, an individual; DARRICK COX, an individual; and U.S. BANK, a national association.<br><br>               Defendants. | NO. 2:17-cv-01766-RSM<br><br>**ORDER GRANTING DEFENDANT U.S. BANK'S MOTION FOR LEAVE TO FILE EXHIBITS AND OTHER DOCUMENTS UNDER SEAL** |

This matter came before the Court pursuant to Defendant U.S. Bank's Motion to File Exhibits Under Seal.

NOW, THEREFORE it is hereby ORDERED that Defendants' Motion for Leave to File Exhibits And Other Documents Under Seal (Dkt. #16) is GRANTED. Exhibits in Support of Defendants' Joint Opposition to Union Bank's Motion for Temporary Restraining Order and Preliminary Injunction may be filed under seal. In addition, any Party may file other similarly situated documents Under Seal.

    //

    //

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 6th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DORSEY & WHITNEY LLP

/s/ Aaron D. Goldstein
Edward Magarian, Pro Hac Vice Application Pending
Aaron D. Goldstein, WSBA #34425
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
magarian.edward@dorsey.com
goldstein.aaron@dorsey.com

Attorneys for Defendant U.S. Bank National Association

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820