IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUFG UNION BANK, N.A., a national association,<br><br>              Plaintiff,<br><br>v.<br><br>AARON TYLER, an individual; JOHN FOGLIANI, an individual; JESSICA ALLIS, an individual; HEIDI BRINDLE, an individual; BIANCA MACK, an individual; WENDY MCKENZIE, an individual; MICAELA MEZA, an individual; DARRICK COX, an individual; and U.S. BANK, a national association.<br><br>              Defendants. | NO. 2:17-cv-01766-RSM<br><br>**ORDER GRANTING DEFENDANT U.S. BANK'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN OPPOSITION TO UNION BANK'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

      This matter came before the Court pursuant to Defendants' Motion for Leave to File an Over-length Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

      NOW, THEREFORE it is hereby ORDERED that Defendants' Motion for Leave to File an Over-length Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #17) is GRANTED. Defendants may file up to thirty five (35) pages of briefing

//

//

in opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

DATED this 6th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DORSEY & WHITNEY LLP

/s/ Aaron D. Goldstein
Edward Magarian, Pro Hac Vice Application Pending
Aaron D. Goldstein, WSBA #34425
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
magarian.edward@dorsey.com
goldstein.aaron@dorsey.com

Attorneys for Defendant U.S. Bank National Association

ORDER     2
2:17-cv-01766-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820