The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MUFG UNION BANK, N.A., a national association,<br><br>Plaintiff,<br><br>v.<br><br>AARON TYLER, an individual; JOHN FOGLIANI, an individual; JESSICA ALLIS, an individual; HEIDI BRINDLE, an individual; BIANCA MACK, an individual; WENDY MCKENZIE, an individual; MICAELA MEZA, an individual; DARRICK COX, an individual; and U.S. BANK, a national association,<br><br>Defendants. | NO. 2:17-cv-01766-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.  STIPULATION

Plaintiff MUFG Union Bank, N.A. and Defendants U.S. Bank, Aaron Tyler, John Fogliani, Jessica Allis, Heidi Brindle, Bianca Mack, Wendy McKenzie, Micaela Meza, and Darrick Cox, by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
No. 2:17-cv-01766-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

RESPECTFULLY SUBMITTED this 13th day of August, 2018.

| **FISHER & PHILLIPS, LLP** | **DORSEY & WHITNEY, LLP** |
|---|---|
| By */s/ Clarence M. Belnavis* [*email authorization*] | By */s/ Edward Magarian* [*email authorization*] |
| Clarence M. Belnavis, WSBA #36681 | Edward Magarian, *Pro Hac Vice* |
| Alexander A. Wheatley, WSBA #50190 | Aaron D. Goldstein, WSBA #34425 |
| 1201 Third Ave., Suite 2750 | 701 Fifth Avenue, Suite 6100 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Tel: (206) 395-2665 | Tel: (206) 903-8800 |
| cbelnavis@fisherphillips.com | magarian.edward@dorsey.com |
| awheatley@fisherphillips.com | goldstein.aaron@dorsey.com |
| *Attorneys for MUFG Union Bank, N.A.* | *Attorneys for U.S. Bank* |

**SAVITT BRUCE & WILLEY LLP**

By */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   Duffy Graham, WSBA #33103
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Tel: (206) 749-0500
   swilley@sbwllp.com
   dgraham@sbwllp.com

*Attorneys for Aaron Tyler, John Fogliani, Jessica Allis, Heidi Brindle, Bianca Mack, Wendy McKenzie, Micaela Meza, and Darrick Cox*

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, is hereby dismissed with prejudice and without attorneys' fees, litigation expenses, or costs to any party.

It is so **ORDERED**.

Dated: August 14, 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
No. 2:17-cv-01766-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500